## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BET MIDRASH OHR HA-CHAYIM
HA-KADOSH, INC.,

    Plaintiff,

v.

                              Case No.: 23-62238-CIV-SMITH

AMERICAN ZURICH INSURANCE
COMPANY,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

      COME NOW defendant, American Zurich Insurance Company, pursuant to Local Rule 16.4, hereby advises the Court that the parties have reached a settlement in principle as to all claims in the above-captioned matter. The parties are in the process of finalizing the settlement terms and preparing a formal settlement and release agreement. A stipulation of dismissal with prejudice will subsequently be filed after the settlement and release agreement has been fully executed by the parties, and the settlement funds have been exchanged. American Zurich reasonably anticipates that at least 30 to 40 days will be required for the parties to complete these steps.

Dated: August 15, 2024

                                              Respectfully submitted,

                                              ZELLE LLP

                        By:    s/ Jason M. Chodos
                                  Jason M. Chodos, Esq. (FL Bar No. 025823)
                                  jchodos@zellelaw.com
                                  110 E. Broward Blvd., Suite 2000
                                  Fort Lauderdale, FL 33301
                                  Tel.: (786) 693-2351
                                  Fax: (612) 336-9100
                                  *Attorneys for Defendant,*
                                  *American Zurich Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BET MIDRASH OHR HA-CHAYIM
HA-KADOSH, INC.,

    Plaintiff,

                                Case No.: 23-62238-CIV-SMITH

v.

AMERICAN ZURICH INSURANCE
COMPANY,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/ Jason M. Chodos
                                                  Jason M. Chodos, Esq. (FL Bar No. 025823)
                                                  jchodos@zellelaw.com
                                                  ZELLE LLP
                                                  110 E. Broward Blvd., Suite 2000
                                                  Fort Lauderdale, FL 33301
                                                  Tel.: (786) 693-2351
                                                  Fax: (612) 336-9100
                                                  *Counsel for Defendant,*
                                                  *American Zurich Insurance Company*

## SERVICE LIST

**Bet Midrash Ohr Ha-Chayim Ha-Kadosh, Inc., v. American Zurich Ins. Co.**

**Case No. 23-62238-CIV-SMITH**

**U.S. District Court, Southern District of Florida**

Daniel M. Ilani, Esq.
Nicole S. Houman, Esq.
Luis F. Robayo, Esq.
The Property People FL, P.A.
80 SW 8th Street, Suite 2590
Miami, FL 33130
Tel.: (844) 776-7364
*Attorneys for Plaintiff,*
*Bet Midrash Ohr Ha-Chayim Ha-Kadosh, Inc.*
Served via transmission of Notice of
Electronic Filing generated by CM/ECF